157 A.3d 817

JONES, Duane

v.

STATE of Maryland

Pet. Docket No. 607, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Application denied by the Court of Special Appeals (No. 2148, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 817

KALRA

v.

MAYOR AND CITY COUNCIL OF BALTIMORE

Pet. Docket No. 442, Sept. Term, 2016

Court of Appeals of Maryland.

April 21, 2017

(No. 24–C–16–003825, Circuit Court for Baltimore City).

Petition for writ of certiorari denied